**ORIGINAL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BENNIE R. GIBSON SPOUSE OF<br>FRANCES A. GIBSON (BENEFICIARY<br>Of THE ESTATE OF CEOLA LENOX)<br><br>Plaintiff,<br><br>vs<br><br>SMITHSIMMONS PLLC, ROE THERON<br>SIMMONS, CRISTOPHER SMITH<br><br>Defendants, | 3-18CV-594-S<br><br>CIVIL ACTION _____ |

### BENNIE R. GIBSON FIRST ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF THE SAID COURT:

Come now BENNIE R. GIBSON, Plaintiff, complaining of SmithSimmons PLLC, Roe Theron Simmons and Christopher Smith, hereinafter call Defendants, and for cause of action would respectfully show unto the Court the following:

I.

### PARTIES

1. Plaintiff Bennie R. Gibson is a United State citizen who, resides at 7200 Old Mill Run Rd. Fort Worth, TX. Bennie R. Gibson (Plaintiff) is the Spouse of Frances A. Gibson (*beneficiary*) of the Estate of Ceola M. Lenox.

2. SmithSimmons PLLC ( Defendant) is a Limited Liability Company organized under the laws of the State of Texas with it with principle place of business in Oklahoma City and second to principle is located in Dallas, TX at 3131 Mckinney Ave Suite Dallas TX in which they advertise on the internet as being family law attorneys in Dallas Texas

3. Upon information and belief SmithSimmons PLLC is Limited Liability Company organized under the laws of the State of Oklahoma with its principle place of doing business is in Oklahoma SmithSimmons PLLC can be served at 252 NW 70th Oklahoma City OK 73116.

*Page 2) Complaint*

4. Defendant Christopher Smith and Roe Theron Simmons (collectively SmithSimmons PLLC) own SmithSimmons PLLC. Both Christopher Smith and Roe Theron Simmons can be served at 252 NW 70th Oklahoma City, OK 73116.

5. Upon information and belief Christopher Smith and Roe Theron Simmons (collectively SmithSimmons PLLC advertised 3131 Mckinney Ave Dallas TX. As a place where they conduct business to retain and offer consultation for potential clients. Based on information through Texas Secretary of State SmithSimmons PLLC is not registered as a company doing business in the State of Texas in compliance with Texas Law. Based on information through The Texas Bar Association neither Christopher Smith nor Roe Theron Simmons is license to practice law in the State Texas.

## II

## JURISDICTION AND VENUE

6. The jurisdiction of this Court attaches under the provisions of 28 U.S.C. 1332. The amount in controversy exceeds, exclusive of interest and cost, the sum of $75,000.00 and the parties are citizens of different states.

7. Jurisdiction is proper in this court because the litigation arise under federal law. The Federal Court in the United States have jurisdiction on human rights law. Human rights is a federal right as a federal question. Life, Liberty and the pursuit of happiness, well-known phrase in the United States Declaration of Independence the "unalienable right" which the Declaration says have been given to all human being's by the Creator and which government are created to protect. Preamble the Declaration of Independence. Among these rights are Life, Liberty, and the pursuit of Happiness.

8... Venue is proper in Dallas County, Texas pursuant to Section 15.036 of the Civil Practice & Remedies Code

## III

## FACTUAL BACKGROUND

*Page 3). Complaint*

9. The liability allegations in this case are based on interference of one human rights. Negligence and willful negligent activity under substantive law.

10. SmithSimmons PLLC is and was at all relevant times the law firm over the estate of Ceola M. Lenox.

11. Both Defendants Christopher Smith and Roe Theron Simmons is and was at all relevant times the attorneys over the estate of Ceola M. Lenox.

12. At all relevant times Christopher Smith and Roe Theron Simmons (collectively SmithSimmons PLLC) had inclusive and complete control over the estate of Ceola M. Lenox, including but limited to the "fiduciary duty" to protect the estate in the best interest of the beneficiary. As the highest duty known under the law, nothing short of complete care and good faith.

13. On June 23, 2016 Dannie Lenox through his attorney of record Jared J. Elwell Oklahoma Bar Number 31986 of SmithSimmons PLLC filed his Petition to Probate the Estate of Ceola M. Lenox who died interstate on May 24, 2016. On August 02, 2016 this cause comes on for hearing on the Petition of Dannie Lenox for the issuance of Letters of Administration, Appointment of Administrator of the Estate, for judicial determination of the heirs of Ceola M. Lenox decease and for termination of Decedent's joint Tenancy in certain property.

14. On this date August 02, 2016 is was Ordered, Adjudge, and Decreed by the Court that Dannie Lenox was appointed Administrator of the Estate of Ceola M. Lenox, and the Letters of Administration was issued to Dannie Lenox, as Administrator of the Estate of Ceola M. Lenox the decease, immediately upon his taking the oath required by law. Based upon Plaintiff personal Knowledge and belief Dannie Lenox upon taking that oath he was in possession and under the influence of a controlled dangerous substance/ marijuana. It is upon Plaintiff knowledge and belief that it was at time Dannie Lenox had no intention to honor that oath and fulfil his "fiduciary" responsibilities as Personal Representative of the Estate of Ceola M. Lenox.

15. Dannie Lenox common law wife Delouie Pollard alias Delouie Vanessa Jones No. CF-2009-49719 (Criminal Felony) by and through Dannie Lenox attorney Jared J Elwell SmithSimmons PLLC work in concert to orchestrate fraud upon the Estate of Ceola M. Lenox *1)*. self-dealing, *2)* embezzlement *3)* deposited estate funds in a personal account identifying those funds as Dannie and Leon Lenox personal property,

*Page 4) Complaint*

4) formation of a LLC Limited Liability Company without proper licensing 5) coercing Frances A. Gibson (Beneficiary of the Estate) to sign this LLC agreement using threats and false information 6) defrauding the Estate of Ceola M. Lenox for their financial gain.

## IV

## CAUSE OF ACTION AGAINST DEFENDANTS

Count 1:

16. **Professional Negligence**; Defendants breach their duty to exercise to act reasonable and diligence to assure beneficiary Frances A. Gibson interest in the estate of Ceola M. Lenox was fully protected. Defendants only acted in behalf of a *predator* (Dannie Lenox" that main intentions was to pocket funds from the estate to finance his and his common law wife Delouie Pollard (*convicted Felon*) drug abuse and the solicitation of a control substance.

Count 2:

17. **Aiding abetting a breach of a fiduciary**; Defendants fail to exercise their legal capacity to advise Dannie Lenox Personal Representative of his duty as a fiduciary, the duty of loyalty, due care and good faith. This duty require at a minimum that they all acted legally necessary and proportionate to protect the estate and refrain from conduct that could expose the beneficiary or unreasonable financial harm to the estate.

Count 3:

18. **Criminal, fraudulent and prohibited transaction**; Defendants knowingly counseling and assisting Dannie Lenox in committing a criminal act of fraud upon the estate of Ceola M. Lenox. Defendants willfully assisted Dannie Lenox advice in the course of action that was criminal. Defendants fail to withdraw from counsel as required by Oklahoma Bar Rules on Professional Conduct.

Count 4:

*Page 5) Complaint*

19. **Criminal Collusion/ Conspiracy**; Defendants uses their position to gain unfair advantage over Plaintiff's grievances by colluding with Oklahoma Bar Association Debbie Maddow, Chief Disciplinary Counsel Gina Hendryx, Administrator Craig Combs, Oklahoma County District Judge Richard Kirby, Chief Deputy Clerk Mike Sullivan. This was done knowingly willfully and intentionally to manipulate the estate of Ceola M. Lenox by incompetence, deceptive practices, embezzlement for financial gain, deceived, mislead the estate and so that the Defendants would escape punishment.

Count 5:

20. **Fraudulent Deed Transfer**; On April 24, 2017 Defendant filed a petition to sell the real property of the estate of Ceola M. Lenox at 2520 NE 16th Street Oklahoma City, OK by Public sale appraised value $56,500.00. The petition did not contain a verification nor did it meet the guidelines of Title 58 Oklahoma Probate Procedures. On September 21, 2017 Dannie Lenox file Application approving that sale of $10,000.00. On October 18, 2017 a hearing was held on that return of sale. On August 07, 2016 the property was bought by a Devall Hubbard and Sold to Wazzan Properties for $16,000.00 and then Wazzan Properties sold that property to Plain State on August 17, 2017. Then Katlin Howard of Chicago Title filed both deeds on October 20, 2017 as if the sale of the real property took place on October 18, 2017.

Count 6:

21. **Conspiracy, Forgery by altering/corrupting/falsifying a legal document**; After a conversation with Craig Combs on or about February 06, 2018 in regards to Defendants continue pate of obstruction of the probate of the estate of Ceola M. Lenox. Plaintiff inform Mr. Combs that he spoke to Justin Wolf attorney for the Oklahoma State Bureau of Investigation. Upon Craig Combs informing Defendants of Plaintiff conversation with him. Defendant Roe Simmons went on an uncontrollable rampage Defendant Roe Simmons back dated and filed an order for hearing return of sale , hearing date on February 27, 2018 on real property that have not been sold. Defendant Roe Simmons forged by altering this document by the cut out, paste and

*Page 6) Complaint*

copy method and put this document in the court for Plaintiff to see. Defendant Roe Simmons would be putting Plaintiff and Plaintiff daughter Tonya Parks in a court room with Defendant Roe Simmons, a corrupt Judge Richard Kirby and no one else, premeditating putting Plaintiff and his daughter at risk to be harm.

V.

## DAMAGES AND OTHER RELIEF SOUGHT

22. Plaintiff re-allege the matter above as if fully set forth.
23. Plaintiff's wife Frances A. Gibson (*beneficiary of the estate*) as a child was nor raise with her brothers Leon and Dannie Lenox. She was raise by her cousin Berthel William. Mrs. Williams a cousin also raise her father Leon D. Lenox. Frances was never in the position to have a close relationship with her brothers. Plaintiff wife wanted to believe her brothers would do what is morally right for the estate of Ceola M. Lenox, above all the representation of the Defendants. It was the Defendants "fiduciary" duty to keep her brothers in the guideline of Title 58 Oklahoma Probate Procedure. For Plaintiff to have to pull Frances A. Gibson (*his wife*) away from them was what Plaintiff describe as a cult, brainwashing with lies to manipulate her emotion, attitude and beliefs utilizing intensity-persuasive even coercive tactic to enforce Plaintiff wife to be on their side so they could defraud the estate of Ceola M. Lenox and Plaintiff wife.
24. As a result of the incident describe herein, Plaintiff conceive many damages statements as though I was interfering with his wife brothers, who she believed at the time loved her. This will have a lasting impact on Plaintiff marriage.
25. As a result of the incident describe herein Plaintiff relationship with his daughters Benee' and Tonya because it was obvious that Plaintiff was tuff on their mother in his efforts to pull her back from the insulting comments by Leon and Dannie Lenox. This will have a lasting effect on Plaintiff emotional stress.
26. Plaintiff Bennie R. Gibson was and is so involved with policing the corrupt practices of the Defendants conduct and behavior during this probate of the estate of Ceola M. Lenox. Plaintiff miss calling his brother Dr. Donald L. Gibson a Forensic Psychiatrist

*Page 7) Complaint*

on Father's day, Sunday June 18th 2017, this was the first in over 50 years. Dr. Donald L. Gibson who lost his first wife Karla in 2011 was engage to be married on August 19, 2017 died unexpectedly on June 20, 2017. As a result of the incident describe herein Plaintiff will forever feel that if he had call his brother on Father's Day maybe he could have felt something was wrong and advised his brother to go into the hospital emergency room for care, Plaintiff brother would be alive and well today.

## VI

### MENTAL ANGUISH

27. As a further result of Defendants action, Plaintiff have suffered mental pain, suffering, and anguish, and in all reasonable probability, will continue to suffer in this manner for a long time into the future. By reason of all of the above, Plaintiff have suffered losses and damages in and amount in excess of the minimum jurisdictional limits of this Court.

## VII

### PUNIITIVE DAMAGES

28. Plaintiff pray for relief for punitive damages in the amount of $20,500,000.00 against Defendants Roe Theron Simmons and Christopher Smith (collectively SmithSimmons PLLC) because such conduct were so reprehensible as when committed intentionally or with callous disregards for Plaintiff Human Rights.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully pray that upon final trial hereof, Plaintiff recover judgement against the Defendants for the following:

1. Judgement against Defendants for actual damages;
2. Reasonable and necessary attorney's fees;
3. Pre-judgment interest;
4. Post-judgment interest;
5. Court cost; and

*Page 8) Complaint*

6. Such other and further relief, both at law and in equity, to which Plaintiff maybe justly entitled, both in law and in equity.

Respectfully submitted,

Bennie R. Gibson *Pro-se*
7200 Old Mill Run
Fort Worth, TX 76133
Office (817) 989-2006
Cell (817) 688-0652

JS 44 (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
BENNIE R. GIBSON

## DEFENDANTS
SMITH SIMMON PLLC
ROE THERON SIMMONS CRIS SMITH

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
PRO-SE

Attorneys *(If Known)*
3-18CV-594-S

RECEIVED MAR 14 2018 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | | | | ☐ 893 Environmental Matters |
| | | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 540 Mandamus & Other | | | |
| | ☒ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
RIGHTS
Brief description of cause: NEGLIGENCE INTERFERENCE

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ OVER 75000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT 400.00 APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____