IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BENNIE R. GIBSON, | § |
| Plaintiff, | § § § |
| vs. | §  Civil Action No. 3:18-CV-594-S |
| SMITHSIMMONS PLLC, et al., | § § § |
| Defendants. | § § |

## JUDGMENT

This Judgment is issued pursuant to FED. R. CIV. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1. This case is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

2. The taxable costs of court, as calculated by the clerk of court, are assessed against the plaintiff.

5. The clerk of the court shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to all parties.

SIGNED this ____ day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE