IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BENNIE R. GIBSON, | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 3:18-CV-594-S |
| | § | |
| SMITHSIMMONS PLLC, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiff's Bennie R. Gibson Motion Disputing Signature on Judgement and Order Accepting the Finding and Recommendation of the United States Magistrate Judge and Notification to the Court of Defendants and Counsel Bruce Packard Violation of Rule 11 of the Rules of Federal Procedures*, filed January 22, 2019 (doc. 46), is construed as seeking to alter or amend the judgment under Fed. R. Civ. P. 59(e), and it is **DENIED**.

SIGNED this 19th day of February, 2019.

UNITED STATES DISTRICT JUDGE